|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Global Lending Services, LLC |
| In Re:<br>    Denise Ann Boos,<br>    John Rader Boos Jr. |

Order Filed on December 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No: 18-23802 JNP

Chapter: 13

Hearing Date: December 27, 2018 at 10:00 A.M.

Judge: Jerrold N. Poslusny Jr.

|  |  |  |  |  |
|---|---|---|---|---|
| Recommended Local Form | ☐ | Followed | ☐ | Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of Global Lending Services, LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as: **2013 Ford Edge, VIN: 2FMDK3GC9DBC01327,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-23802-JNP
Denise Ann Boos                                                           Chapter 13
John Rader Boos,, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Dec 27, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db/jdb         Denise Ann Boos,   John Rader Boos,, Jr.,   174 N River Dr,   Pennsville, NJ   08070-1633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   Global Lending Services, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor   THE MONEY SOURCE, INC. nj.bkecf@fedphe.com
              Paul H. Scull, Jr.    on behalf of Debtor Denise Ann Boos paul@sculllaw.com,  paul@sculllaw.com
              Paul H. Scull, Jr.    on behalf of Joint Debtor John Rader Boos,, Jr. paul@sculllaw.com,
               paul@sculllaw.com
              Sherri Jennifer Smith    on behalf of Creditor   THE MONEY SOURCE, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9